# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150364(117)

HELEN YONO,
      Plaintiff-Appellee,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellant.
_____/

SC: 150364
COA: 308968
Ct of Claims: 11-000117-MD

On order of the Chief Justice, the motion of amici curiae Michigan County Road Commission Self-Insurance Pool and the County Road Association to participate in oral argument by sharing seven minutes of defendant-appellant's allotted time for argument is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2015

